THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Maurice Lee
 Smith, Appellant.
 
 
 

Appeal From Florence County
 Edward B. Cottingham, Circuit Court Judge
Unpublished Opinion No. 2008-UP-227
Submitted April 1, 2008  Filed April 11,
 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, for
 Respondent.
 
 
 

PER CURIAM:  Maurice Lee Smith appeals his conviction
 and sentence for two counts of assault and battery with intent to kill.  On
 appeal, Smith argues his guilty plea failed to comply with the mandates set
 forth in Boykin v. Alabama, 395 U.S. 238 (1969), because the trial court
 accepted his guilty plea without securing his waiver of his constitutional
 rights.  Smith did not file a separate pro se brief.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Smiths appeal and grant counsels motion to be relieved.    
APPEAL DISMISSED.
HEARN,
 C.J., PIEPER, J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.